## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

### ALIREZA FAKHAR
### DOB: 12/02/1987

I, Clifton Monger, Jr., being first duly sworn, depose and state as follows:

### AFFIANT'S BACKGROUND

1. I am a sworn officer of the United States Secret Service ("USSS").

2. This affidavit is based, in part, on my personal observations, information provided to me by other officers and agents of the USSS, other members of law enforcement, and witnesses, and it includes other information gathered during the course of this investigation. This affidavit is submitted for the limited purpose of obtaining a criminal complaint. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for a criminal complaint and arrest warrant.

### PURPOSE OF AFFIDAVIT

3. This affidavit is in support of a criminal complaint charging **ALIREZA FAKHAR** with having willfully damaged property belonging to, utilized, and occupied by a foreign government in violation of 18 U.S.C. § 970(a); kidnapping, in violation of 18 U.S.C. § 1201; and assault with a deadly weapon in violation of D.C. Code § 22-402.

### FACTUAL BASIS SUPPORTING PROBABLE CAUSE

4. On Wednesday April 25, 2018 at approximately 1033hrs, I was dispatched to 1250 23rd St NW Suite 200 for a report of a man with a gun. At approximately 1034hrs, I responded to the front of 1250 23rd St NW (the Interests Section of the Islamic Republic of Iran, operating as part of the Embassy of Pakistan) and met with Captain Vincent Gregory of the USSS, who had already arrived on the scene. Captain Gregory and I were wearing black police

vests with police markings. I witnessed multiple individuals in the first floor lobby, who stated that there was a man with a gun and knife on the second floor of the building. Individuals stated that the suspect had hostages.

5. Captain Gregory and I made entry into the building and were directed towards a door on the left of the building that contained the stairway that led to the second floor. As Captain Gregory and I approached the door, we were met by multiple individuals who were exiting the door in a panicked state. We directed the individuals to the front of the lobby as we continued through the door and toward the stairway. Captain Gregory and I began to clear the stairway, looking for the suspect, who was later identified as Alireza Fakhar (hereinafter "FAKHAR"). Captain Gregory and I observed FAKHAR in the second floor lobby who appeared to be in a stressed mental state. We were unable to see the FAKHAR's hands. We began giving verbal commands to FAKHAR to show his hands. FAKHAR was moving around aimlessly and uttering undecipherable phrases. FAKHAR failed to comply with my initial commands. We continued to order FAKHAR to show his hands. We asked FAKHAR about a possible gun and knife. FAKHAR continued to move around in an area of about two feet by two feet. As we continued to give police commands, FAKHAR produced a black handgun from his person and immediately dropped it on the ground a couple of feet in front of his person. I instructed FAKHAR to get down on the ground and he complied. As we approached FAKHAR, I kicked the handgun away from FAKHAR's proximity. Captain Gregory began to drop down and take control of FAKHAR, while I provided cover from any additional threats. Captain Gregory placed FAKHAR into custody.

6. I asked the individuals on the second floor if anyone was injured and Victim-1 approached me with accompanying individuals. Victim-1 appeared to have small lacerations and

2

swelling on his forehead. Victim-1 stated that he also felt light-headed. I escorted Victim-1 down the stairs to the first floor where he began to tell me that FAKHAR put the gun to Victim-1's forehead and began to push it forward into Victim-1's head causing Victim-1's injuries. Medic 13 transported victim-1 to George Washington Hospital for treatment and further medical evaluation.

7. I reviewed security video footage of the interior of the building provided by the Iranian Interest Section, and observed FAKHAR destroy the following items: (1)Vizio 58" T.V. by stabbing it with a buck knife; (1)Vizio 58" T.V. by smashing the screen with metal legs of a chair; (2) Trophy cases by smashing the glass with the metal legs of a chair; (1) Computer monitor by smashing the screen with the metal legs of a chair; and (1) Chair.

8. I also observed on the video footage FAKHAR use the gun to strike Victim 1 in the head, and then direct him up the stairs to a second floor while brandishing the gun. I also observed on the video footage, as FAKHAR reached the second floor, approximately 10 people locked themselves in the second floor bathroom for approximately 20 minutes while FAKHAR remained on the second floor yelling and brandishing his gun. There were also several people who locked themselves behind shatterproof glass located on the second floor while FAKHAR was on the second floor waving his gun and a large hunting knife with a blade of approximately 8 inches.

9. Metropolitan Police Department ("MPD") Detective V. DePeralta interviewed FAKHAR. During the interview, FAKHAR stated that on April 24, 2018 he went to the Dick's Sporting Goods store at Dulles Town Center in Sterling, Virginia and purchased a BB gun. FAKHAR stated that he slept in his ex-wife's car that he was using, described as a gray in color Chrysler 300 in a Sheetz parking lot. FAKHAR stated that on April 25, 2018, he drove into

Washington, DC and went to the Interests Section of the Islamic Republic of Iran to get revenge for what Iran is doing to his people and to scare them. He further stated that he pulled out a BB gun, but when someone said it was plastic, he pulled out the knife to keep them back and scared.

10. Current costs of the property damaged at the location so far consists of (2) Trophy Cases totaling approximately $5000.00; (2) TVs totaling approximately $4000.00; (1) Chair of unknown value; (1) Computer Monitor of unknown value.

### CONCLUSION

11. Based on the abovementioned facts, I submit there is probable cause to believe that on or about April 25, 2018, FAKHAR did willfully damage property belonging to, utilized, and occupied by a foreign government, in violation of 18 U.S.C. § 970(a); kidnap persons in violation of 18 U.S.C. § 1201; and commit assault with a dangerous weapon in violation of D.C. Code § 22-402.

_____
Clifton Monger Jr, Sergeant
United States Secret Service

Subscribed and sworn before me this _____ day of April 2018.

_____
United States Magistrate Judge