| | | |
|---|---|---|
| Government | ☑ | |
| Plaintiff | ☐ | |
| Defendant | ☐ | |
| Joint | ☐ | |
| **Court** | ☐ | |

United States of America

VS.

Alireza Fakhar

Civil/Criminal No.  CR 18-119 (PLF)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Photo from Security Footage of Defendant brandishing gun | 4/30/2018 | 4/30/2018 | | |
| 2 | Photo from Security Footage of Defendant brandishing gun | 4/30/2018 | 4/30/2018 | | |
| 3 | Photo from Security Footage of Defendant brandishing gun | 4/30/2018 | 4/30/2018 | | |
| 4 | Photo from employees cell phone of Defendant | 4/30/2018 | 4/30/2018 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |